Chris SCHOWERTH, Plaintiff–Appellant,

v.

John INGRAM, Sheriff; Phil Parry, Captain; Jane Evens, Lieutenant; James Stewerd, Sargent; Shane Gunnell, Officer, Defendants–Appellees.

No. 12–6221.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Chris Schowerth, Appellant Pro Se. Christopher J. Geis, Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chris Schowerth appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Schowerth v. Ingram*, No. 5:10–ct–03054–BO, 2012 WL 254250 (E.D.N.C. Jan. 27, 2012). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*